UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Elizabeth Alvarez
Defendant(s)

CRIMINAL NO. 08mj 1919

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

FERMIN HUMBERTO PEREZ-Reyneda

DATED: 7/3/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by ______ Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✯ U.S. GPO: 2003-581-774/70082